**UNITED STATES DISTRICT COURT** **SOUTHERN DISTRICT OF TEXAS**

Carolyn M. Parker §
§
*versus* § Civil Action 4:07−cv−04048
§
Davol, Inc., et al. §

# Order to Stay

This case is stayed pending a decision by the Multi−District Litigation Panel.

Signed and entered December 6, 2007, at Houston, Texas.

Lynn N. Hughes USDJ
United States District Judge