A CERTIFIED TRUE COPY

JAN - 8 2008

ATTEST ____
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 21 2007

FILED
CLERK'S OFFICE

United States Courts
Southern District of Texas
FILED

JB

JAN 14 2008

Michael N. Milby, Clerk

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION

MDL No. 1842

(SEE ATTACHED SCHEDULE)

# CONDITIONAL TRANSFER ORDER (CTO-12)

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 210 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN - 8 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Attest to
True Copy
DAVID A. DIMARZIO
By Paulette J. Dube
Deputy Clerk

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

## SCHEDULE CTO-12 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| CALIFORNIA EASTERN | | | | |
| CAE | 2 | 07-2516 | Rodney D. Anglin, et al. v. Davol, Inc., et al. | 08-2066 |
| GEORGIA NORTHERN | | | | |
| GAN | 3 | 07-107 | Sandra Y. Grizzard, et al. v. Davol, Inc., et al. | 08-2067 |
| MINNESOTA | | | | |
| MN | 0 | 07-4614 | Clarice Higgins, et al. v. Davol, Inc., et al. | 08-2068 |
| MN | 0 | 07-4689 | Nancy Swafford v. Davol, Inc., et al. | 08-2069 |
| MN | 0 | 07-4699 | Anton Bokemper v. Davol, Inc., et al. | 08-2070 |
| NEW YORK EASTERN | | | | |
| NYE | 1 | 07-5032 | Lynne Kavourgias v. C.R. Bard, Inc., et al. | 08-2071 |
| TEXAS SOUTHERN | | | | |
| TXS | 4 | 07-3839 | Bonnie Louise Adkins v. Davol, Inc., et al. | 08-2072 |
| TXS | 4 | 07-3840 | Dorothy Kerns Blair v. Davol, Inc., et al. | 08-2073 |
| TXS | 4 | 07-3841 | Mary H. Brown v. Davol, Inc., et al. | 08-2074 |
| TXS | 4 | 07-3842 | Shirley Faye Chatman v. Davol, Inc., et al. | 08-2075 |
| TXS | 4 | 07-3843 | Leonard Clay Davis v. Davol, Inc., et al. | 08-2076 |
| TXS | 4 | 07-3844 | Lisa Dawn Forsee v. Davol, Inc., et al. | 08-2077 |
| TXS | 4 | 07-3845 | Anita L. Gaudet v. Davol, Inc., et al. | 08-2078 |
| TXS | 4 | 07-3846 | Geralyn L. Hurt v. Davol, Inc., et al. | 08-2079 |
| TXS | 4 | 07-3847 | Hali Anne Joiner v. Davol, Inc., et al. | 08-2080 |
| TXS | 4 | 07-3848 | Eileen B. Matonak v. Davol, Inc., et al. | 08-2081 |
| TXS | 4 | 07-3849 | Joseph M. May v. Davol, Inc., et al. | 08-2082 |
| TXS | 4 | 07-3850 | Steve H. McClanahan v. Davol, Inc., et al. | 08-2083 |
| TXS | 4 | 07-3861 | Regina Ann Banks v. Davol, Inc., et al. | 08-2084 |
| TXS | 4 | 07-3862 | David Jack Baughn v. Davol, Inc., et al. | 08-2085 |
| TXS | 4 | 07-3863 | Charles P. Berry v. Davol, Inc., et al. | 08-2086 |
| TXS | 4 | 07-3864 | William Dan Turner v. Davol, Inc., et al. | 08-2087 |
| TXS | 4 | 07-3865 | Randee P. Van Ness v. Davol, Inc., et al. | 08-2088 |
| TXS | 4 | 07-3866 | Kevin W. Vecchio v. Davol, Inc., et al. | 08-2089 |
| TXS | 4 | 07-3867 | Daniel E. Velasco v. Davol, Inc., et al. | 08-2090 |
| TXS | 4 | 07-3868 | Kevin Patrick Walsh, Sr. v. Davol, Inc., et al. | 08-2091 |
| TXS | 4 | 07-3869 | Helen Faye Wright v. Davol, Inc., et al. | 08-2092 |
| TXS | 4 | 07-3870 | Anthony J. Zuccarello v. Davol, Inc. | 08-2093 |
| TXS | 4 | 07-3875 | Thomas Leo Boone v. Davol, Inc., et al. | 08-2094 |
| TXS | 4 | 07-3876 | Jeanine M. Camacho v. Davol, Inc., et al. | 08-2095 |
| TXS | 4 | 07-3878 | Amelia M. Cortez v. Davol, Inc., et al. | 08-2096 |

**MDL No. 1842 - Schedule CTO-12 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| TXS | 4 | 07-3880 | Roland J. Gilbert v. Davol, Inc., et al. | 08-2097 |
| TXS | 4 | 07-3881 | Christopher A. Hargis v. Davol, Inc., et al. | 08-2098 |
| TXS | 4 | 07-3882 | Jane Ellis O'Connell v. Davol, Inc., et al. | 08-2099 |
| TXS | 4 | 07-3889 | James A. Reid v. Davol, Inc., et al. | 08-2100 |
| TXS | 4 | 07-3890 | Harold W. Ritchie, Sr. v. Davol, Inc., et al. | 08-2101 |
| TXS | 4 | 07-3891 | Terry T. Robinson v. Davol, Inc., et al. | 08-2102 |
| TXS | 4 | 07-3892 | Alexander Rodriguez v. Davol, Inc., et al. | 08-2103 |
| TXS | 4 | 07-3893 | Hernando Rubio v. Davol, Inc., et al. | 08-2104 |
| TXS | 4 | 07-3894 | Olivia Solis v. Davol, Inc., et al. | 08-2105 |
| TXS | 4 | 07-3895 | Gerald S. Solomon v. Davol, Inc., et al. | 08-2106 |
| TXS | 4 | 07-3896 | Susan Jane Strehlo v. Davol, Inc., et al. | 08-2107 |
| TXS | 4 | 07-3897 | Arthur J. Stuart v. Davol, Inc., et al. | 08-2108 |
| TXS | 4 | 07-3898 | Tony C. Tambrello v. Davol, Inc., et al. | 08-2109 |
| TXS | 4 | 07-3900 | Michael Craig Phillips v. Davol, Inc., et al. | 08-2110 |
| TXS | 4 | 07-3901 | Margaret T. Pieser v. Davol, Inc., et al. | 08-2111 |
| TXS | 4 | 07-3902 | Stacy L.J. Price v. Davol, Inc., et al. | 08-2112 |
| TXS | 4 | 07-3903 | Charles A. Rees v. Davol, Inc., et al. | 08-2113 |
| TXS | 4 | 07-3904 | William N. Klein v. Davol, Inc., et al. | 08-2114 |
| TXS | 4 | 07-3906 | Jeffrey Terrell Lancaster v. Davol, Inc., et al. | 08-2115 |
| TXS | 4 | 07-3907 | Teresa C. Martin v. Davol, Inc., et al. | 08-2116 |
| TXS | 4 | 07-3908 | Kenneth Dean Moats v. Davol, Inc., et al. | 08-2117 |
| TXS | 4 | 07-3909 | Lloyd Raymond Neal v. Davol, Inc., et al. | 08-2118 |
| TXS | 4 | 07-3911 | Paula M. O'Brien v. Davol, Inc., et al. | 08-2119 |
| TXS | 4 | 07-3912 | Kathy B. Peterson v. Davol, Inc., et al. | 08-2120 |
| TXS | 4 | 07-3913 | Tracy S. Reitzel v. Davol, Inc., et al. | 08-2121 |
| ~~TXS~~ | ~~4~~ | ~~07-3914~~ | ~~Judith Ann Rouiller v. Davol, Inc., et al.~~ | ~~08-2122~~ |
| TXS | 4 | 07-3915 | Jackie L. Shirley v. Davol, Inc., et al. | 08-2123 |
| TXS | 4 | 07-4038 | John Walter Althoff v. C.R. Bard, Inc., et al. | 08-2124 |
| TXS | 4 | 07-4039 | Mary Elizabeth Bio v. C.R. Bard, Inc., et al. | 08-2125 |
| TXS | 4 | 07-4040 | Laura Lea Barnett v. C.R. Bard, Inc., et al. | 08-2126 |
| TXS | 4 | 07-4041 | Kathy M. Brewer v. C.R. Bard, Inc., et al. | 08-2127 |
| TXS | 4 | 07-4043 | Sharron L. Dattilo v. C.R. Bard, Inc., et al. | 08-2128 |
| TXS | 4 | 07-4044 | Cosimo DeVincentis v. Davol, Inc., et al. | 08-2129 |
| TXS | 4 | 07-4045 | Ramona A. Griggie v. Davol, Inc., et al. | 08-2130 |
| TXS | 4 | 07-4046 | Alicia L. Morales v. Davol, Inc., et al. | 08-2131 |
| TXS | 4 | 07-4047 | Alan George Moses v. Davol, Inc., et al. | 08-2132 |
| TXS | 4 | 07-4048 | Carolyn M. Parker v. Davol, Inc., et al. | 08-2133 |
| TXS | 4 | 07-4049 | Ruby N. Parks v. Davol, Inc., et al. | 08-2134 |
| TXS | 4 | 07-4050 | Michael William Rea v. Davol, Inc., et al. | 08-2135 |
| TXS | 4 | 07-4051 | Steven James Tallaksen v. Davol, Inc., et al. | 08-2136 |
| TXS | 4 | 07-4052 | James Clinton Thomas v. Davol, Inc., et al. | 08-2137 |
| TXS | 4 | 07-4069 | Frances L. Rita v. Davol, Inc., et al. | 08-2138 |
| TXS | 4 | 07-4074 | Paul David Bourbon v. Davol, Inc., et al. | 08-2139 |
| TXS | 4 | 07-4075 | Tommy Keith Johnson v. Davol, Inc., et al. | 08-2140 |
| TXS | 4 | 07-4076 | Terry L. Kelly v. Davol, Inc., et al. | 08-2141 |
| TXS | 4 | 07-4077 | Wayne Allen Rourke v. Davol, Inc., et al. | 08-2142 |

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

**MDL No. 1842**

**INVOLVED COUNSEL LIST (CTO-12)**

Samuel J. Abate, Jr.
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue
37th Floor
New York, NY 10018-1405

David Willis Alexander
WILLIAMS KHERKHER HART BOUNDAS LLP
8441 Gulf Freeway
Suite 600
Houston, TX 77017

Timothy M. Connelly
ECKLAND & BLANDO LLP
10 South 5th Street
Suite 500
Minneapolis, MN 55402

Matthew R. Eason
EASON & TAMBORNINI
1819 K Street
Suite 200
Sacramento, CA 95814

Amy Lynn Ewald
8357 Allegheny Grove Boulevard
Victoria, MN 55386

Thomas M. Frieder
HASSARD BONNINGTON LLP
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111-3993

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005

Charles H Johnson
CHARLES H JOHNSON & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112-5060

Christopher R. LoPalo
NAPOLI BERN RIPKA & ASSOCIATES LLP
115 Broadway
12th Floor
New York, NY 10006

D. Mitchell McFarland
HARRISON BETTIS STAFF MCFARLAND & WEEMS LLP
500 Dallas Street
Suite 2600
Houston, TX 77002

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
2nd Floor
P.O. Box 6067
Providence, RI 02940-6067

Lawrence J. Myers
SMITH MOORE LLP
One Atlantic Center
1201 West Peachtree Street
Suite 3700
Atlanta, GA 30309

Doris Carol Orleck
STERNLIEB & ORLECK PC
5 East Broad Street
Newnan, GA 30263

Diane Sternlieb
LAW OFFICES OF DIANE M STERNLIEB LLC
314 Bradley Street
Carrollton, GA 30117

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION

MDL No. 1842

**INVOLVED JUDGES LIST (CTO-12)**

Hon. William B. Shubb
Senior U.S. District Judge
14-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. Jack T. Camp
Chief Judge, U.S. District Court
P.O. Box 939
Newnan, GA 30264-0939

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Fed. Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Charles P. Sifton
Senior U.S. District Judge
711 S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Nancy F. Atlas
U.S. District Judge
9015 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002

Hon. Keith P. Ellison
U.S. District Judge
Bob Casey U.S. District Court
515 Rusk Street
Room 8631
Houston, TX 77002

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002-2600

Hon. Melinda Harmon
U.S. District Judge
9114 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. David Hittner
Senior U.S. District Judge
8509 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Kenneth M. Hoyt
U.S. District Judge
11144 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Samuel B. Kent
U.S. District Judge
613 U.S. Courthouse
601 25th Street
Galveston, TX 77550

Hon. Sim Lake
U.S. District Judge
9535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Gray H. Miller
U.S. District Judge
9136 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002-2600

Hon. Lee H. Rosenthal
U.S. District Judge
11535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Ewing Werlein, Jr.
Senior U.S. District Judge
11521 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002-2600

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION

MDL No. 1842

## INVOLVED CLERKS LIST (CTO-12)

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

James N. Hatten, Clerk
P.O. Box 939
Newnan, GA 30264

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

David A. DiMarzio, Clerk
356 John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010